UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
PALLET DEPOT, INC.                  §        Case No. 11-50364 DRC
                                    §
         Debtor(s)                  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          KENNETH S. GARDNER
          219 S. Dearborn Street
          Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/24/2014 in Courtroom 241,
          Kane County Courthouse
          100 S. Third Street
          Geneva, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/29/2014          By: CLERK OF BANKRUPTCY COURT
                                             Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
PALLET DEPOT, INC. § Case No. 11-50364 DRC
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 23,312.20 |
| and approved disbursements of | $ | 934.29 |
| leaving a balance on hand of[1] | $ | 22,377.91 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 3,081.22 | $ 0.00 | $ 3,081.22 |
| Other: International Sureties Ltd. | $ 39.89 | $ 39.89 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 3,081.22 |
| Remaining Balance | $ | 19,296.69 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,024.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Commonwealth Edison Company<br>3 Lincoln Centre<br>Oakbrook Terrace, Il 60181<br>Attn: Bankruptcy Dep. | $ 860.76 | $ 0.00 | $ 860.76 |
| 000002 | Emjay Sales & Leasing Inc<br>6600 W 51st St<br>Forest View IL 60638 | $ 1,575.00 | $ 0.00 | $ 1,575.00 |
| 000003 | Kamps, Inc.<br>2900 Peach Ridge N.W.<br>Grand Rapids, MI 49534 | $ 13,589.00 | $ 0.00 | $ 13,589.00 |

Total to be paid to timely general unsecured creditors   $   16,024.76

Remaining Balance   $   3,271.93

Tardily filed claims of general (unsecured) creditors totaling $ 15,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 21.8 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| | Bryon Quintana<br>c/o Anderson & Associates PC<br>400 S. County Farm Rd., Ste. 320<br>Wheaton, IL 60187 | $ 15,000.00 | $ 0.00 | $ 3,271.93 |

| | |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 3,271.93 |
| Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
                                        Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Pallet Depot, Inc.  
    Debtor

Case No. 11-50364-DRC  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: mgonzalez     Page 1 of 2     Date Rcvd: Sep 29, 2014  
                     Form ID: pdf006     Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2014.

```
db            +Pallet Depot, Inc.,    1880 St. Claire Lane,    Hanover Park, IL 60133-6749
aty           +Gina B. Krol,    Cohen & Krol,    105 W. Madison Street, Suite 1100,    Chicago, IL 60602-4600
18261324       AT&T Service,    P.O. Box 204089,    Austin, TX 78720-4089
18261323      +Anasco Incorporated,    1515 W. Fullerton Ave.,    Addison, IL 60101-3000
22366774     +++BYRON QUINTANA,    Anderson & Associates PC,    400 S County Farm Road Suite 320,
               Wheaton, IL 60187-4547
18261325       Behnke Trucking & Warehousing, Inc.,    600 N. Helmer Rd.,    P.O. Box 763,
               Battle Creek, MI 49016-0763
18261326      +Bryan Quintana,    778 N. Gary, Unit 113,    Carol Stream, IL 60188-4915
18261327       C.H. Robinson Worldwide, Inc.,    P.O. Box 9121,    Minneapolis, MN 55480-9121
18261329      +CMI,    P.O. Box 28851,    Philadelphia, PA 19151-0851
18261330      +Emjay Sales & Leasing Inc,    6600 W 51st St,    Forest View IL 60638-1211
18261332      +Exelon Corporation (ComEd),    10 S. Dearborn St., 48th Floor,    P.O. Box 805398,
               Chicago, IL 60680-4183
18261334       Groot Industries, Inc.,    P.O. Box 309,    Elk Grove Village, IL 60009-0309
18261336      +Kamps, Inc.,    2900 Peach Ridge N.W.,    Grand Rapids, MI 49534-1333
18261337      +Mbtt Service, Inc.,    430 Randy Rd.,    Carol Stream, IL 60188-2120
18261338      +Michigan Pallet, Inc.,    1225 N. Saginaw,    P.O. Box 97,    Saint Charles, MI 48655-0097
18261339      +NCS,    729 Miner Rd.,    Cleveland, OH 44143-2117
18261341       Nilco Lumber,    P.O. Box 640087,    Pittsburgh, PA 15264-0087
18261342       Penske Truck Leasing Co.,    P.O. Box 802577,    Chicago, IL 60680-2577
18261344      +VIP West Chicago,    970 N. Oaklawn Ave.,    Elmhurst, IL 60126-1059
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
18383222      +E-mail/Text: legalcollections@comed.com Sep 30 2014 01:36:20      Commonwealth Edison Company,
               3 Lincoln Centre,    Oakbrook Terrace, Il 60181-4204,    Attn: Bankruptcy Dep.
18261331      +E-mail/Text: artur.wisniewski@eulerhermes.com Sep 30 2014 01:34:46      Euler Hermes UMA,
               600 South 7th Street,    Louisville, KY 40203-1968
18261333       E-mail/Text: scd_bankruptcynotices@grainger.com Sep 30 2014 01:34:27      Grainger,
               Dept. 873945703,    Palatine, IL 60038-0001
18261335      +E-mail/Text: bankruptcy@water.com Sep 30 2014 01:34:08      Hinckley Springs,
               6750 Discovery Blvd.,    Mableton, GA 30126-4646
18261340       E-mail/Text: bankrup@aglresources.com Sep 30 2014 01:32:48      Nicor Gas,    P.O. Box 632,
               Aurora, IL 60568-0001
                                                                                               TOTAL: 5
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18261328     ##+Cheetah Trucking, Inc.,    430 Randy Rd.,    Carol Stream, IL 60188-2120
18261343     ##+ProBuild,    204 West Wheaton Ave.,    Yorkville, IL 60560-4545
                                                                                      TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2014 at the address(es) listed below:

```
              Dennise L. McCann    on behalf of Debtor   Pallet Depot, Inc. mccann@aandalaw.com,
               wheaton@aandalaw.com
              E. Philip Groben    on behalf of Trustee Gina B Krol pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
```

```
District/off: 0752-1          User: mgonzalez             Page 2 of 2             Date Rcvd: Sep 29, 2014
                              Form ID: pdf006             Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Gina B Krol    gkrol@cohenandkrol.com, gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com

          Gina B Krol    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com, gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com

          Joseph E Cohen    on behalf of Trustee Gina B Krol jcohen@cohenandkrol.com, jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com

          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                                                      TOTAL: 6