# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
PALLET DEPOT, INC. § Case No. 11-50364 DRC
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 10,600.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 19,296.69 | Claims Discharged Without Payment: 447,534.07 |
| Total Expenses of Administration: 4,015.51 | |

3) Total gross receipts of $ 23,312.20 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 23,312.20 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 4,015.51 | 4,015.51 | 4,015.51 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 465,970.00 | 31,024.76 | 31,024.76 | 19,296.69 |
| **TOTAL DISBURSEMENTS** | $ 465,970.00 | $ 35,040.27 | $ 35,040.27 | $ 23,312.20 |

4)  This case was originally filed under chapter 7 on 12/16/2011 . The case was pending for 46 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/05/2015          By:/s/GINA B. KROL
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| BANK ACCONTS | 1129-000 | 23,311.05 |
| Post-Petition Interest Deposits | 1270-000 | 1.15 |
| **TOTAL GROSS RECEIPTS** | | **$23,312.20** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 3,081.22 | 3,081.22 | 3,081.22 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 39.89 | 39.89 | 39.89 |
| ASSOCIATED BANK | 2600-000 | NA | 721.07 | 721.07 | 721.07 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 173.33 | 173.33 | 173.33 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 4,015.51 | $ 4,015.51 | $ 4,015.51 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Service P.O. Box 204089 Austin, TX 78720-4089 | | 165.00 | NA | NA | 0.00 |
| | Anasco Incorporated 1515 W. Fullerton Ave. Addison, IL 60101 | | 886.00 | NA | NA | 0.00 |
| | Behnke Trucking & Warehousing, Inc. 600 N. Helmer Rd. P.O. Box 763 Battle Creek, MI 49016-0763 | | 750.00 | NA | NA | 0.00 |
| | C.H. Robinson Worldwide, Inc. P.O. Box 9121 Minneapolis, MN 55480-9121 | | 7,825.00 | NA | NA | 0.00 |
| | CMI P.O. Box 28851 Philadelphia, PA 19151 | | 3,820.00 | NA | NA | 0.00 |
| | Cheetah Trucking, Inc. 430 Randy Rd. Carol Stream, IL 60188 | | 900.00 | NA | NA | 0.00 |
| | Exelon Corporation (ComEd) 10 S. Dearborn St., 48th Floor P.O. Box 805398 Chicago, IL 60680-5398 | | 265.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Grainger Dept. 873945703 Palatine, IL 60038-0001 | | 39.00 | NA | NA | 0.00 |
| | Groot Industries, Inc. P.O. Box 309 Elk Grove Village, IL 60009-0309 | | 137.00 | NA | NA | 0.00 |
| | Hinckley Springs 6750 Discovery Blvd. Mableton, GA 30126 | | 187.00 | NA | NA | 0.00 |
| | Mbtt Service, Inc. 430 Randy Rd. Carol Stream, IL 60188 | | 7,000.00 | NA | NA | 0.00 |
| | Michigan Pallet, Inc. 1225 N. Saginaw P.O. Box 97 Saint Charles, MI 48655 | | 87,216.00 | NA | NA | 0.00 |
| | Nicor Gas P.O. Box 632 Aurora, IL 60568-0001 | | 2,500.00 | NA | NA | 0.00 |
| | Nilco Lumber P.O. Box 640087 Pittsburgh, PA 15264-0087 | | 5,282.00 | NA | NA | 0.00 |
| | Penske Truck Leasing Co. P.O. Box 802577 Chicago, IL 60680-2577 | | 611.00 | NA | NA | 0.00 |
| | ProBuild 204 West Wheaton Ave. Yorkville, IL 60560 | | 3,223.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | VIP West Chicago 970 N. Oaklawn Ave. Elmhurst, IL 60126 | | 315,000.00 | NA | NA | 0.00 |
| 000001 | COMMONWEALTH EDISON COMPANY | 7100-000 | NA | 860.76 | 860.76 | 860.76 |
| 000002 | EMJAY SALES & LEASING INC | 7100-000 | 1,575.00 | 1,575.00 | 1,575.00 | 1,575.00 |
| 000003 | KAMPS, INC. | 7100-000 | 13,589.00 | 13,589.00 | 13,589.00 | 13,589.00 |
| | BRYON QUINTANA | 7200-000 | 15,000.00 | 15,000.00 | 15,000.00 | 3,271.93 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 465,970.00 | $ 31,024.76 | $ 31,024.76 | $ 19,296.69 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-50364 | DRC | Judge: Donald R. Cassling | | Trustee Name: | GINA B. KROL |
| Case Name: | PALLET DEPOT, INC. | | | | Date Filed (f) or Converted (c): | 12/16/11 (f) |
| | | | | | 341(a) Meeting Date: | 02/08/12 |
| For Period Ending: | 10/05/15 | | | | Claims Bar Date: | 05/24/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCONTS | 23,721.00 | 23,311.05 | | 23,311.05 | FA |
| 2. Security Deposit | 10,000.00 | 0.00 | | 0.00 | FA |
| 3. OFFICE EQUIPMENT | 500.00 | 0.00 | | 0.00 | FA |
| 4. Hand tools | 100.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.15 | Unknown |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $34,321.00 | $23,311.05 | | $23,312.20 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed
September 29, 2014, 04:10 pm

TFR submitted to UST for review
September 10, 2014, 01:59 pm

Initial Projected Date of Final Report (TFR): 05/31/13     Current Projected Date of Final Report (TFR): 05/31/14

/s/   GINA B. KROL
_____ Date: 10/05/15
GINA B. KROL

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

Ver: 19.00

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 11-50364 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | PALLET DEPOT, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0550 Checking Account |
| Taxpayer ID No: | *******6714 | | | |
| For Period Ending: | 10/05/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 23,138.87 | | 23,138.87 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.26 | 23,124.61 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.73 | 23,109.88 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.25 | 23,095.63 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.71 | 23,080.92 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.31 | 23,046.61 |
| 02/13/13 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 19.97 | 23,026.64 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.94 | 22,995.70 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.19 | 22,961.51 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.03 | 22,928.48 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.09 | 22,894.39 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.94 | 22,861.45 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.99 | 22,827.46 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.94 | 22,793.52 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.80 | 22,760.72 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.84 | 22,726.88 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.70 | 22,694.18 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.74 | 22,660.44 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.69 | 22,626.75 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.39 | 22,596.36 |
| 04/01/14 | 030002 | International Sureties Ltd. | BOND | 2300-000 | | 19.92 | 22,576.44 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.59 | 22,542.85 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 32.44 | 22,510.41 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.47 | 22,476.94 |

FORM 2     Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD     Exhibit 9

| Case No: | 11-50364 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | PALLET DEPOT, INC. | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******0550  Checking Account |
| Taxpayer ID No: | *******6714 |  |  |
| For Period Ending: | 10/05/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 32.34 | 22,444.60 |
| 08/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 33.37 | 22,411.23 |
| * 09/08/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-003 |  | 33.32 | 22,377.91 |
| 10/27/14 | 030003 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Final Distribution<br>Trustee's Fees | 2100-000 |  | 3,081.22 | 19,296.69 |
| 10/27/14 | 030004 | Commonwealth Edison Company<br>3 Lincoln Centre<br>Oakbrook Terrace, Il 60181<br>Attn: Bankruptcy Dep. | Final Distribution | 7100-000 |  | 860.76 | 18,435.93 |
| 10/27/14 | 030005 | Emjay Sales & Leasing Inc<br>6600 W 51st St<br>Forest View IL 60638 | Final Distribution | 7100-000 |  | 1,575.00 | 16,860.93 |
| 10/27/14 | 030006 | Kamps, Inc.<br>2900 Peach Ridge N.W.<br>Grand Rapids, MI 49534 | Final Distribution | 7100-000 |  | 13,589.00 | 3,271.93 |
| 10/27/14 | 030007 | Bryon Quintana<br>c/o Anderson & Associates PC<br>400 S. County Farm Rd., Ste. 320<br>Wheaton, IL 60187 | Final Distribution | 7200-000 |  | 3,271.93 | 0.00 |
| 01/13/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 33.32 | -33.32 |
| * 01/22/15 |  | Reverses Adjustment OUT on 09/08/14 | BANK SERVICE FEE<br>Entered twice on TCMS | 2600-003 |  | -33.32 | 0.00 |

FORM 2

Page: 3

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 11-50364 -DRC |
| Case Name: | PALLET DEPOT, INC. |
| Taxpayer ID No: | *******6714 |
| For Period Ending: | 10/05/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0550  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******0550

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 7 | Checks | 22,417.80 |
| 0 | Interest Postings | 0.00 | 26 | Adjustments Out | 721.07 |
| | Subtotal | $ 0.00 | 0 | Transfers Out | 0.00 |
| 0 | Adjustments In | 0.00 | | Total | $ 23,138.87 |
| 1 | Transfers In | 23,138.87 | | | |
| | Total | $ 23,138.87 | | | |

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-50364 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | PALLET DEPOT, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4234 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6714 | | | |
| For Period Ending: | 10/05/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/27/12 | 1 | Pallet Depot, Inc. 371 Randy Rd. Carol Stream, IL 60188 | | 1129-000 | 23,311.05 | | 23,311.05 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.19 | | 23,311.24 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 28.66 | 23,282.58 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.20 | | 23,282.78 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 29.58 | 23,253.20 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.20 | | 23,253.40 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 29.54 | 23,223.86 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 23,224.04 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 27.60 | 23,196.44 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.20 | | 23,196.64 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 30.42 | 23,166.22 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.18 | | 23,166.40 |
| 08/30/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 9TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | 27.53 | 23,138.87 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 23,138.87 | 0.00 |

FORM 2Q

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| | |
|---|---|
| Case No: | 11-50364 -DRC |
| Case Name: | PALLET DEPOT, INC. |
| Taxpayer ID No: | *******6714 |
| For Period Ending: | 10/05/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4234  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******4234
| | | |
|---|---|---|
| | Balance Forward | 0.00 |
| 1 | Deposits | 23,311.05 |
| 6 | Interest Postings | 1.15 |
| | Subtotal | $ 23,312.20 |
| 0 | Adjustments In | 0.00 |
| 0 | Transfers In | 0.00 |
| | Total | $ 23,312.20 |

| | | |
|---|---|---|
| 0 | Checks | 0.00 |
| 6 | Adjustments Out | 173.33 |
| 1 | Transfers Out | 23,138.87 |
| | Total | $ 23,312.20 |

Report Totals
| | | |
|---|---|---|
| | Balance Forward | 0.00 |
| 1 | Deposits | 23,311.05 |
| 6 | Interest Postings | 1.15 |
| | Subtotal | $ 23,312.20 |
| 0 | Adjustments In | 0.00 |
| 1 | Transfers In | 23,138.87 |
| | Total | $ 46,451.07 |

| | | |
|---|---|---|
| 7 | Checks | 22,417.80 |
| 32 | Adjustments Out | 894.40 |
| 1 | Transfers Out | 23,138.87 |
| | Total | $ 46,451.07 |
| | Net Total Balance | $ 0.00 |

        /s/   GINA B. KROL
Trustee's Signature: _____   Date: 10/05/15
                    GINA B. KROL